Judge Philip H. Brandt
Chapter 13
Hearing Date: May 12, 2010
Time: 1:30 p.m.
Location: Courtroom I
Response Due: May 5, 2010

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASINGTON
### TACOMA DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 08-46654 |
| ) | |
| EDWARD and LUCILA CURTIS, ) | WITHDRAWAL OF DOCUMENT |
| ) | |
| Debtor(s), ) | |
| ) | |
| ) | |

COMES NOW EDWARD and LUCILA CURTIS, by their counsel of record, and hereby withdraws their Response to the Trustee's Motion to Dismiss Case. Said Response was filed on March 3, 2010.

Dated this 11th day of May, 2010

/s/ Kenneth E. Rossback
Kenneth E. Rossback, WSBA #19560
Attorney for Debtors

WITHDRAW OF DOCUMENT

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900